KOCH v. COHEN.

(Supreme Court, Appellate Term. January 8, 1909.)

COURTS (§ 189*) — MOTION FOR NEW TRIAL — CITY COURT—MOTION AT SPECIAL TERM.

     A motion for a new trial and setting aside the judgment of the City Court of New York in a case tried by the court, must be made at Special Term, as provided by Code Civ. Proc. § 1002.

     [Ed. Note.—For other cases, see Courts, Cent. Dig. § 409; Dec. Dig. § 189.*]

Appeal from City Court of New York, Trial Term.

Action by Christian Koch against Charles Cohen. From an order of the Trial Term of the City Court of New York granting a new trial and setting aside the judgment for plaintiff in an action in the City Court, plaintiff appeals. Reversed, and judgment reinstated.

Argued before GILDERSLEEVE, P. J., and BISCHOFF and GUY, JJ.

Benjamin Berger, for appellant.

James F. Rogers, for respondent.

PER CURIAM. Appeal from an order entered at Trial Term granting a new trial and setting aside judgment entered in an action of the City Court of New York in a case tried by the court; a jury being waived. The motion herein should have been made at Special Term, in accordance with the provisions of section 1002 of the Code of Civil Procedure.

Order reversed, with costs, and judgment reinstated.